[No. 75236-7-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES BUDDY SATIACUM III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-05106-1, Philip K. Sorensen, J., entered May 15, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Trickey, JJ.

[No. 75239-1-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CURTIS ROWLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00002-8, Amber L. Finlay, J., entered March 10, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer and Leach, JJ.

[No. 75240-5-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RAE TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00577-8, Mary Sue Wilson, J., entered August 5, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer and Spearman, JJ.

[No. 75241-3-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TIANA MILIANI BOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00481-4, Kevin D. Hull, J., entered September 11, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer and Spearman, JJ.